# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 6:24-mj-39-MK |
| Adam Braun | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Aug. 20, Sept. 11, Oct. 7, 2023; and Jan.14, 2024 in the county of Lane in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 247(c) and (d)(5) (five separate offenses) | Defacing and attempting to deface or destroy religious real property because of the racial or ethnic characteristics of people associated with that property |

This criminal complaint is based on these facts:
The attached affidavit of SA Spencer J. Anderson, which is incoporated herein.

☑ Continued on the attached sheet.

/s/ Spencer Anderson, per rule 4.1

*Complainant's signature*

Spencer J. Anderson, Special Agent FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 4, 2024

*Judge's signature*

City and state: Eugene, Oregon

Mustafa T. Kasubhai, U.S. Magistrate Judge

*Printed name and title*