AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

ORIGINAL

| | |
|---|---|
| United States of America<br>v.<br><br>Adam Braun<br><br><br>_Defendant_ | )<br>)  Case No.  6:24-mj-00039-MK<br>)<br>)<br>)<br>)<br>) |

## AMENDED ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Adam Braun                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Defacing and attempting to deface or destroy religious real property because of the racial or ethnic characteristics with people associated with that property, in violation of 18 U.S.C. § 247(c)

Date:  March 4, 2024

_Issuing officer's signature_

City and state:  Eugene, Oregon                              Mustafa T. Kasubhai, United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_  3/4/24 , and the person was arrested on _(date)_  3/7/24
at _(city and state)_  Eugene, Oregon              .

Date:  3/7/24

_Arresting officer's signature_

Special Agent Spencer Anderson, FBI
_Printed name and title_