UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 6:24-mj-00039-MK |
| v. | **PROTECTIVE ORDER** |
| **ADAM BRAUN,** | |
| **Defendant.** | |

This matter came before the Court upon the government's unopposed motion for a protective order pursuant to Fed. R. Crim. P. 16(d)(1) to govern the discovery material in this case. Good cause having been shown in the government's motion,

**IT IS HEREBY ORDERED** that defense counsel of record, their investigators, assistants, and employees may review with defendant all discovery material produced by the government, and defendant may review unredacted discovery material in defense counsel's presence, but shall not provide defendant with copies of any unredacted discovery material produced by the government which contains:

    a. personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, or family members' names ("Personal Information"),

unless the Personal Information has first been entirely redacted from the discovery materials. The government and the defense will work together to ensure that these materials are protected and that defendant has unfettered access to as much material as can be provided consistent with this Court's order.

**IT IS FURTHER ORDERED** that neither defense counsel nor defendant shall provide any discovery material produced by the government to any third parties (i.e., persons who are not a party to this case), nor make any public disclosure of the same, without the government's express written permission, except that defense counsel may provide discovery material to those persons employed by defense counsel who are necessary to assist counsel of record in preparation for trial or other proceedings.

Dated: March __19__, 2024

_____
MUSTAFA T. KASUBHAI
United States Magistrate Judge

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Gavin W. Bruce*_____
GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney